IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LAURA VEENSTRA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | |
| | § | 4:21-CV-00519 |
| UHS OF TEXOMA, INC., | § | |
| | § | |
| Defendant. | § | |

### PLAINTIFF'S RESPONSE TO MOTION TO COMPEL ARBITRATION

Plaintiff Laura Veenstra (Plaintiff) withdraws opposition to this case's referral to binding arbitration.

Respectfully submitted,

/s/ Matthew R. Scott
MATTHEW R. SCOTT
Texas Bar No. 00794613
matt@mattscottlaw.com
**SCOTT LAW FIRM PLLC**
Founders Square
900 Jackson Street, Suite 550
Dallas, Texas 75202
214-965-9675 / 214-965-9680 (Facsimile)
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

  I certify I served a copy of this document on all counsel of record through the Court's ECF system as of the date file stamped thereon.

                /s/ Matthew R. Scott
                MATTHEW R. SCOTT